

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                          16-CR-177-FPG

WALTER LOPEZ-CABRERA,

        Defendant.

---

## INFORMATION

(8 U.S.C. § 1326(a))

### COUNT 1

**The United States Attorney Charges That:**

On or about October 18, 2016, in the Western District of New York, the defendant, **WALTER LOPEZ-CABRERA**, an alien who had previously been deported and removed from the United States on or about December 13, 2013 and on or about June 30, 2014, was found the United States, without having obtained the express consent of the Attorney General of the United States or her successor, the Secretary for Homeland Security, to reapply for admission to the United States.

**All in violation of Title 8, United States Code, Section 1326(a).**

DATED:   Buffalo, New York, January 30, 2017.

                          JAMES P. KENNEDY, JR.
                          Acting United States Attorney

BY:   _____
                          BRIAN J. COUNIHAN
                          Special Assistant U.S. Attorney
                          United States Attorney's Office
                          Western District of New York
                          138 Delaware Avenue
                          Buffalo, New York 14202
                          716-843-5831
                          brian.counihan@usdoj.gov